B-01-85  3

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED
JUN 0 5 2001
Michael N. Milby
Clerk of Court

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: S. Mark Roberts _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Process Service | TOTAL 55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/4/01
            Date

Signature of Server: _Edward Jenez_

Address of Server: 2390 Central Blvd. St B
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED
JUN 0 5 2001  11:35
Michael N. Milby, Clerk of Court

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.