/h/ljg/23100579/dec action/entities w-financial interest
MJP/coa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2001

Michael N. Milby

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-85 |
| | § | |
| S. MARK ROBERTS | § | |
| | § | |
| DEFENDANT. | § | |

## ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant, ALLSTATE CASUALTY COMPANY, and files this, its list of entities that are financially interested in this litigation:

1. Plaintiff, <u>ALLSTATE CASUALTY INSURANCE COMPANY</u>; and

2. Defendant, S. MARK ROBERTS.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
MARTIN J. PHIPPS
State Bar No. 00791444
Federal Bar No. 20104

ATTORNEY FOR PLAINTIFF,
ALLSTATE CASUALTY COMPANY