/h/ljg/23100579/dec action/joint report on meeting – Rule 26(f)
MJP/coa

5

United States District Court
Southern District of Texas
FILED

JUN 1 4 2001

Michael N. Milby
Clerk of Court



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, | § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. B-01-85 |
| S. MARK ROBERTS | § § | |
| DEFENDANT. | § § | |

### PLAINTIFF, ALLSTATE CASUALTY INSURANCE COMPANY'S INITIAL RULE 26 DISCLOSURES

TO THE HONORABLE JUDGE:

Now Comes ALLSTATE CASUALTY INSURANCE COMPANY, Plaintiff in the above styled cause of action, and files the attached Responses to Request for Disclosure pursuant to Federal Rule of Civil Procedure 26.

    A.    Persons with discoverable information:

RESPONSE:

Allstate Casualty Company
Defendant's Insurer

S. Mark Roberts
215 Hibiscus Court
Brownsville, Texas
(Defendant in underlying case –Defendant in declaratory judgement action)

Deborah Louise Roberts
(Plaintiff in underlying case)

Martin J. Phipps
ADAMI, GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas  78216
(Regarding attorney's fees)

B.  Copy of documents relevant to disputed facts:

RESPONSE: Plaintiff's Petition in the underlying case and Plaintiff's Policy with Allstate, both of which are attached to Plaintiff's Petition which have already been served on Defendant.

1(C)  None.

1(D)  See copy of insurance policy that has previously been provided as an attachment to Plaintiff's Original Petition.

2(A)  Plaintiff has not retained any independent experts at this time and does not anticipate retaining testifying experts for this case because this is a declaratory judgment action. However, should Plaintiff retain an expert who may testify at the time of trial, Plaintiff agrees to disclose the identity of the expert and other information required under the rules as soon as practicable.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
MARTIN J. PHIPPS
State Bar No. 00791444

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, has been sent by certified mail, return receipt requested to the following on this 12 day of June, 2001:

Mr. S. Mark Roberts
C/o Tip O Tex Chevrolet Dealership
1600 North Expressway
Brownsville, Texas, 78521-1440

_____
MARTIN J. PHIPPS