

COPY
United States District Court
Southern District of Texas
FILED
JUN 2 0 2001
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-85 |
| | § | |
| S. MARK ROBERTS | § | |

### DEFENDANT MARK ROBERTS' ORIGINAL ANSWER AND JURY DEMAND IN RESPONSE TO PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, **MARK ROBERTS**, Defendant in the above entitled and numbered cause, and files this his Original Answer and Jury Demand in response to Plaintiff's Original Petition for Declaratory Judgment, and in support thereof, would show the Court as follows:

1. Defendant states that he is without knowledge or sufficient information to form a belief as to the truth of the matters contained in paragraph 1 of Plaintiff's Original Petition, and therefor denies the same.

2. Defendant states that he is without knowledge or sufficient information to form a belief as to the truth of the matters contained in paragraph 2 of Plaintiff's Original Petition, and therefor denies same.

3. Defendant admits that he is an individual who resides in Brownsville, Cameron County, Texas and has been served with process as alleged in paragraph 3 of Plaintiff's Original Petition.

4. Defendant states that he is without knowledge or sufficient information to form a belief

as to the truth of the matters contained in paragraph 4 of Plaintiff's Original Petition, and therefor denies same.

5. Defendant admits that Allstate issued a homeowner's policy to him providing liability coverage with a per occurrence limit of $300,000.

6. Defendant admits that he requested a defense under this policy with respect to a lawsuit that has been filed against him and that Allstate is currently providing a defense to him under a reservation of rights.

7. Defendant states that he is without knowledge or sufficient information to form a belief as to the truth of the matters contained in paragraph 7 of Plaintiff's Original Petition, and therefor denies same.

8. Defendant admits that Deborah Louise Roberts filed a lawsuit against him on or about June 9, 2000 in the 107th District Court, Cameron County, Texas. Defendant denies that the only allegations in that lawsuit were that Roberts willfully and intentionally invaded her privacy.

9. Defendant admits the matters contained in paragraph 9 of Plaintiff's Original Petition, but denies that the allegations contained in paragraph 9 are the only allegations made against him in the underlying lawsuit.

10. Defendant admits that in the underlying suit, Ms. Roberts alleges that she has suffered humiliation, embarrassment, fear, frustration and mental anguish for which she has sought medical attention. Defendant admits that the Plaintiff in the underlying lawsuit alleges that she has suffered from depression, loss of considerable sleep, suffered intense headaches, and suffered relapse into alcohol abuse. Defendant admits that the Plaintiff in the underlying suit seeks to recover both actual and exemplary damages. Defendant denies that these are the only damages claimed by the Plaintiff

in the underlying lawsuit.

11. Defendant denies the allegations contained in paragraph 11 of the Plaintiff's Original Petition.

12. Defendant denies the allegations contained in paragraph 12 of the Plaintiff's Original Petition.

13. Defendant denies the allegations contained in paragraph 13 of the Plaintiff's Original Petition.

14. Defendant denies the allegations contained in paragraph 14 of the Plaintiff's Original Petition.

15. Defendant denies the allegations contained in paragraph 15 of the Plaintiff's Original Petition.

16. Defendant requests a trial by jury.

WHEREFORE, Defendant **MARK ROBERTS** prays that upon a final trial and hearing hereof, he have judgment in accordance with the law and facts as found by this Honorable Court and Jury, and for such other and further relief, legal or equitable, general or special, for which he may show himself justly entitled to receive.

Respectfully submitted,

_____
MARK ROBERTS, Pro Se
215 Hibiscus
Brownsville, Texas 78521
TEL/ (956) 504-1986

Page -3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Mark Roberts' Original Answer and Jury Demand in Response to Plaintiff's Original Petition for Declaratory Judgment was served upon all counsel of record, to-wit:

Martin J. Phipps
**ADAMI, GOLDMAN & SHUFFIELD, INC.**
9311 San Pedro, Suite 900
San Antonio, Texas 78216

by certified mail, return receipt requested, facsimile transmission and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the __19__ day of __June__, 2001.

_____
MARK ROBERTS