8

```
                                          United States District Court
                                          Southern District of Texas
                                                    FILED

                                               JUN 27 2001
    THE HONORABLE JOHN WM. BLACK
                                            Michael N. Milby
         INITIAL PRETRIAL CONFERENCE          Clerk of Court
```

CIVIL ACTION NO. <u>B-01-085</u>         DATE & TIME: <u>06-27-01 AT 3:25 P.M.</u>

<u>ALLSTATE CASUALTY COMPANY</u>        PLAINTIFF(S) <u>MARTIN PHIPPS</u>
                                       COUNSEL

VS.

<u>S. MARK ROBERTS</u>                   DEFENDANT(S) <u>PRO SE</u>
                                       COUNSEL

---

CSO: D. Harrelson
ERO: G. Mendieta

    Plaintiff will file a Motion for Summary Judgment.

    Defendant was advised to hire attorney.