9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, PLAINTIFF | § § § | |
| V. | § § | CIVIL ACTION NO. B-01-85 |
| S. MARK ROBERTS DEFENDANT | § § § | |

## NOTICE OF CHANGE OF ADDRESS AND APPEARANCE OF COUNSEL

Rentfro, Faulk & Blakemore, L.L.P., counsel for S. Mark Roberts, Defendant, files this Notice of Change of Address and Appearance of Counsel with the Clerk as required by Local Rule 83.4. Daniel L. Rentfro, Jr. will be the attorney-in-charge.

Defendant, S. Mark Roberts, Pro Se, has retained the services of Rentfro, Faulk & Blakemore, L.L.P. and therefore the business address should be changed. The new address is 185 Ruben M. Torres, Sr., Blvd., Brownsville, Texas 78520. All orders, notices and other correspondence from the Court and all parties should be directed to this new address as follows:

Rentfro, Faulk & Blakemore, L.L.P.
Daniel L. Rentfro, Jr.
185 Ruben M. Torres, Sr., Blvd.
Brownsville, Texas 78520.
(Ph.) (956) 541-9600 / (Fx.) (956) 541-9695

Respectfully submitted,

RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Sr. Blvd.
Brownsville, Texas 78526-9136
(956) 541-9600 (telephone)
(956) 541-9695 (facsimile)

_____
Daniel L. Rentfro, Jr.
SBN: 16782010
FBN: 5957
Roman "Dino" Espraza
SBN: 00795337
FBN: 22703

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed with the Court this 31 day of July, 2001, and that a true and correct copy of the foregoing document was forwarded to all counsel of record.

Martin J. Phipps
ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Ste. 900
San Antonio, Texas 78216

_____
Daniel Rentfro, Jr.