# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

ALLSTATE CASUALTY COMPANY § 
§
VS. § CIVIL ACTION NO. B-01-085
§
S. MARK ROBERTS §

TYPE OF CASE:  __X__ CIVIL         ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                     ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**              **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                           DATE AND TIME:

**OCTOBER 2, 2001 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  SEPTEMBER 21, 2001

TO:  MR. MARTIN J. PHIPPS
       MR. DANIEL L. RENTFRO