

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

OCT 0 2 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-01-085</u>         DATE & TIME: <u>  10-02-01 AT 2:30 P.M.  </u>

<u>ALLSTATE CASUALTY COMPANY </u>          PLAINTIFF(S) <u>    MARTIN PHIPPS    </u>
                                          COUNSEL

VS.

<u>S. MARK ROBERTS                  </u>    DEFENDANT(S) <u>  DANIEL L. RENTFRO  </u>
                                          COUNSEL

-------------------------------------------------------------------------------

ERO: Gabriel Mendieta
CSO: Dan Figueroa

    Attorneys Martin Phipps and Daniel Rentfro appeared.

    Status conference will be reset for January, 2002.