# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of C—
By Deputy Clerk

| ALLSTATE CASUALTY COMPANY | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-085 |
| | § | |
| S. MARK ROBERTS | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO..

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 16, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 3, 2001

TO:     MR. MARTIN J. PHIPPS
        MR. DANIEL L. RENTFRO