United States District Court
Southern District of Texas
ENTERED

DEC 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

ALLSTATE CASUALTY COMPANY §
§
VS. § CIVIL ACTION NO. B-01-085
§
S. MARK ROBERTS §

### CONSENT TO EXERCISE OF JURISDICTION BY A
### UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _[signature]_ MARTIN J. PHIPPS | Allstate Casualty Company | Dec 11, 2001 |
| _[signature]_ Daniel Rentfro, Jr. | S. MARK ROBERTS | 12/14/01 |
| | | |
| | | |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

JOHN WM. BLACK

to conduct all further proceedings, including final judgment.

12/18/01
Date

_[signature]_
FILEMON B. VELA
United States District Judge