17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
**ENTERED**
JAN 1 6 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-085 |
| S. MARK ROBERTS | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO :

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 18, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE:     JANUARY 16, 2002

TO.       MR. MARTIN J. PHIPPS
          MR. DANIEL L. RENTFRO