/h/ljg/23100579/dec action/motion to determine
MJP/jjr

United States District Court
Southern District of Texas
FILED

JUN 2 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, | § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. B-01-85 |
| S. MARK ROBERTS | § § | |
| DEFENDANT. | § § | |

### PLAINTIFF, ALLSTATE CASUALTY COMPANY'S MOTION TO DETERMINE STATUS OF RULING ON ITS MOTION FOR SUMMARY JUDGMENT AND MOTION FOR STATUS CONFERENCE

TO THE HONORABLE JUDGE BLACK:

1.     ALLSTATE CASUALTY COMPANY, Plaintiff, files this Motion to Determine Status of Ruling On Its Motion for Summary Judgment and Motion for Status Conference and shows the Court as follows:

**I.**

2.     This is a declaratory judgment action from a homeowner's policy. The last status conference was held on January 16, 2002. At this conference, there was discussion regarding when a ruling will be made on Plaintiff, Allstate Casualty Company's Motion for Summary Judgment. Opposing counsel had informed the court that a summary judgment had been granted in the underlying the case, therefore, the ruling on summary judgment may be moot. Over six months has past and nothing further has occurred. A

status conference is schedule for September 18, 2002, but this is not for another four months.

ALLSTATE, therefore, respectfully requests that this case be set for another status conference and/or deadline for Defendant to file his response to Allstate's Motion for Summary Judgment.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas
Telephone: (210) 344-0500
Facsimile: (210) 344-7228

By: _____
MARTIN J. PHIPPS
State Bar No. 00791444

ATTORNEY FOR PLAINTIFF,
ALLSTATE CASUALTY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, has been sent by certified mail, return receipt requested to the following attorney of record on this ____ day of June, 2002:

Daniel L. Rentfro, Jr.
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben M. Torres, Sr. Boulevard
(FM 802 at McAllen Road)
Brownsville, Texas 78520

_____
MARTIN J. PHIPPS