*19*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE TEXAS

United States District Court
Southern District of Texas
ENTERED

**JUN 2 5 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-085 |
| | § | |
| S. MARK ROBERTS | § | |

TYPE OF CASE:          __X__ CIVIL                          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**
**(COUNSEL FOR PLAINTIFF WILL INITIATE TELEPHONIC CONFERENCE)**

PLACE:                                                    TELEPHONE NO:

**UNITED STATES FEDERAL COURTHOUSE**          **(956) 548-2570**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

                                                **JULY 1, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 25, 2002

TO:      MR. MARTIN J. PHIPPS
         MR. DANIEL L. RENTFRO