THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-085   DATE & TIME: 07-01-02 AT 2:00 P.M.

ALLSTATE CASUALTY COMPANY   PLAINTIFF(S) COUNSEL   MARTIN PHIPPS

VS.

S. MARK ROBERTS   DEFENDANT(S) COUNSEL   DANIEL L. RENTFRO

---

Attorneys Martin Phipps and Daniel Rentfro appeared telephonically.

Defendant Roberts obtained a summary judgment in state court which is being appealed. If Roberts prevails in state court, this case will be moot.