United States District Court
Southern District of Texas
FILED

SEP 1 8 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

CIVIL ACTION NO. B-01-085            DATE & TIME:    09-18-02 AT 1:30 P.M.

ALLSTATE CASUALTY COMPANY            PLAINTIFF(S)    MARTIN PHIPPS
                                     COUNSEL

VS.

S. MARK ROBERTS                      DEFENDANT(S)    DANIEL L. RENTFRO
                                     COUNSEL

-----

Attorneys Martin Phipps and Daniel Rentfro appeared telephonically.

Briefs have been filed in underling case in Corpus Christi Court of Appeals.

A telephonic status conference will be set.