# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-085 |
| S. MARK ROBERTS | § | |

TYPE OF CASE:      __X__ CIVIL                               ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

TELEPHONE NO:

(956) 548-2570

DATE AND TIME:

**MARCH 18, 2003 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 18, 2002

TO:     MR. MARTIN J. PHIPPS
        MR. DANIEL L. RENTFRO