23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE TEXAS

United States District Court
Southern District of Texas
ENTERED

### ORDER

MAR 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-085 |
| | § | |
| S. MARK ROBERTS | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**

PLACE:                                              TELEPHONE NO:

**UNITED STATES FEDERAL COURTHOUSE**        **(956) 548-2570**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                        DATE AND TIME:

**MAY 14, 2003 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 18, 2003

TO:    MR. MARTIN J. PHIPPS
       MR. DANIEL L. RENTFRO