United States District Court
Southern District of Texas
FILED

MAR 1 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

CIVIL ACTION NO. B-01-085              DATE & TIME:   03-18-03 AT 1:30 P.M.

ALLSTATE CASUALTY COMPANY              PLAINTIFF(S)   MARTIN PHIPPS
                                       COUNSEL

VS.

S. MARK ROBERTS                        DEFENDANT(S)   DANIEL L. RENTFRO
                                       COUNSEL

---

Attorneys Martin Phipps and Daniel Rentfro appeared telephonically.

Court of Appeals affirmed. Time for petition for rehearing will expire in about 30 days.

Telephonic status conference will be set for May, 2003.