25

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

MAY 1 4 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-085    DATE & TIME:    05-14-03 AT 2:00 P.M.

ALLSTATE CASUALTY COMPANY    PLAINTIFF(S)    MARTIN PHIPPS
                             COUNSEL

VS.

S. MARK ROBERTS    DEFENDANT(S)    DANIEL L. RENTFRO
                   COUNSEL

-------------------------------------------------------------------------

Parties notified Judge Black that this case is settled.

Parties will submit an agreed order of dismissal.