IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 1 1 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, PLAINTIFF | § § § | |
| VS. | § | Civil Action No. B-01-85 |
| S. MARK ROBERTS DEFENDANT | § § § | |

## DEFENDANT'S UNOPPOSED MOTION TO DISMISS

To The Honorable Judge of Said Court:

COMES NOW S. MARK ROBERTS, Defendant, and files this his Motion to Dismiss, and would show:

I.

Plaintiff ALLSTATE CASUALTY COMPANY brought this case to determine its obligation to indemnify Defendant in Cause No. 2000-06-2441-G, styled "Deborah Louise Roberts v. Mark Roberts," in the 404th Judicial District Court, Cameron County, Texas. Plaintiff's claims in the instant case are now moot, because:

A. On October 12, 2001, the trial court entered summary judgment in favor of Defendant on all of the claims made against him by Deborah Louise Roberts (the "underlying plaintiff") in the underlying suit;

B. On February 13, 2003, the 13th Court of Appeals issued its opinion affirming the trial court;

C. No motion for rehearing or petition for review was filed by the underlying plaintiff, and on May 13, 2003, the 13th Court of Appeals issued its mandate to the trial court, making the case final.

II.

Because Defendant has been finally established to have no liability in the underlying suit, the question of whether Plaintiff must indemnify Defendant against such liability is now moot.

WHEREFORE, Defendant S. Mark Roberts prays that this case be dismissed, that Defendant have his costs, and that Defendant have all other relief to which he may be justly entitled.

Respectfully submitted,

**THE RENTFRO FAULK LAW FIRM**
185 East Ruben Torres Blvd.
Brownsville, Texas 78521
(956) 541-9600
(956) 541-3414 (FAX)

_____
Daniel L. Rentfro, Jr.
State Bar No. 16782010
Fed. Id. 5957
ATTORNEY FOR DEFENDANT S. MARK ROBERTS

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 29th day of May, 2003, I discussed the above motion with Martin Phipps, attorney of record for Plaintiff, and he is unopposed to its entry.

_____
Daniel L. Rentfro Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11a day of June, 2003, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via Certified Mail, R.R.R. delivery as follows:

Mr. Martin J. Phipps
**ADAMI, GOLDMAN & SHUFFIELD**
Nowlin Building
9311 San Pedro, Ste. 900
San Antonio, Texas 78216

**Via Certified Mail, R.R.R.**
7002 3150 0001 8812 6709

_____
Daniel L. Rentfro, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY,<br>PLAINTIFF | § § § | |
| VS. | § | Civil Action No. B-01-85 |
| S. MARK ROBERTS<br>DEFENDANT | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

ON THIS the ___ day of _____, 2003 came on to be heard Defendant's Unopposed Motion to Dismiss. The Court, having examined the motion and accompanying documents, is of the opinion that said motion should be granted.

IT IS, THEREFORE, ORDERED that the above-described cause is dismissed without prejudice to the re-filing of the same or any part thereof.

Costs of court are adjudged against Plaintiff.

SIGNED this ___ day of _____, 2003.


_____
JUDGE PRESIDING

APPROVAL AS TO FORM:

_____
Martin J. Phipps

_____
Daniel Rentfro, Jr.