IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE CASUALTY COMPANY, PLAINTIFF | § § § | |
| VS. | § § | Civil Action No. B-01-85 |
| S. MARK ROBERTS DEFENDANT | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

ON THIS the 12th day of June, 2003 came on to be heard Defendant's Unopposed Motion to Dismiss. The Court, having examined the motion and accompanying documents, is of the opinion that said motion should be granted.

IT IS, THEREFORE, ORDERED that the above-described cause is dismissed without prejudice to the re-filing of the same or any part thereof.

Costs of court are adjudged against Plaintiff.

SIGNED this 12th day of June, 2003.

_____
JUDGE PRESIDING

APPROVAL AS TO FORM:

_____
Martin J. Phipps

_____
Daniel Rentfro, Jr.